UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SELECTIVE INSURANCE COMPANY OF AMERICA,**<br>*Plaintiff and Counterclaim Defendant*,<br><br>v.<br><br>**TRUECARE HOME CARE SERVICES, INC. d/b/a TRUCARE HOME CARE SERVICES,**<br>*Defendant and Counterclaim Plaintiff*,<br><br>and<br><br>**ASHIA NIXON,**<br>*Defendant*. | Civ. Action No. 20-cv-386-AB |

**STIPULATION OF DISMISSAL**

Plaintiff and Counterclaim Defendant Selective Insurance Company of America ("Selective"); Defendant and Counterclaim Plaintiff Truecare Home Care Services, Inc. d/b/a Trucare Home Care Services ("Truecare"); and Defendant Ashia Nixon ("Nixon"), being all of the parties to this Action, through their respective undersigned attorneys, DO HEREBY STIPULATE AND AGREE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this Action and all of the claims and counterclaims asserted herein are hereby **dismissed with prejudice**, and without costs or attorneys' fees to any party.

July 21, 2020
Philadelphia, Pennsylvania

*Respectfully submitted*,

*/s/ Michael T. McDonnell III*

**MICHAEL T. MCDONNELL III**
Kutak Rock LLP
1760 Market Street, Suite 1100
Philadelphia, PA 19103
215-299-4384
michael.mcdonnell@kutakrock.com

*Attorney for Plaintiff and Counterclaim Defendant*
*Selective Insurance Company of America*


*/s/ Christina M. Reger*

**CHRISTINA M. REGER**
Law Offices of Christina Reger LLC
41 University Drive, Suite 400
Newtown, PA 18940
215-809-2089
christina@cregerlaw.com

*Attorney for Defendant and Counterclaim Plaintiff*
*Truecare Home Care Services, Inc*
*d/b/a Trucare Home Care Services*


*/s/ Angelo L. Scaricamazza*

**ANGELO L. SCARICAMAZZA**
Naulty, Scaricamazza & Mcdevitt, LLC
One Penn Center at Suburban Station
1617 John F. Kennedy Blvd., Suite 750
Philadelphia, PA 19103
267-238-1950
AScaricamazza@Naulty.com

*Attorney for Defendant*
*Ashia Nixon*


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing STIPULATION OF DISMISSAL was served today on all attorneys of record by filing it with the Court's electronic case filing (ECF) system and it is available for viewing and downloading from said ECF system, all pursuant to F.R.C.P. 5(b)(2)(e) and L.R. 5.1.2 8(a).

*/s/ Michael T. McDonnell III*
**Michael T. McDonnell III**

4835-6955-3347.1